

P34835/DP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

## MEMORANDUM

**08 CRIM 602**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Deanna Prisco, United States Probation Officer |
| **RE:** | Jamar Watson |
| **DATE:** | July 1, 2008 |

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On April 1, 2003 the above-named individual was sentenced in the District of Vermont outlined in the attached J & C.

In July 1, 2008, we received the Prob. 22's endorsed by the Honorable William K. Sessions III, Chief U.S. District Court Judge, ordering Mr. Watson's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5164.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *[signature]*
Deanna Prisco
U.S. Probation Officer