


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

Petition for Warrant
with Attached Request for
Court Action Direction Detailing Probable Cause

Offender: Watson, Jamar                                          Docket Number: 08CRIM602

Sentencing Judge: Honorable William K. Sessions III, Chief Judge District of Vermont

Reassigned on July 7, 2008 to: Honorable Loretta A Preska, U.S. District Judge

Date of Original Sentence:    April 1, 2003

Original Offense:    Possession of Cocaine with Intent to Distribute Cocaine, 21USC841 (a)(1),
                     (b)(1)and 846 a Class C Felony

Original Sentence:   Fifty-One (51) months imprisonment followed by five (5) years supervised
                     release

Type of Supervision:   Supervised Release    Date Supervision Commenced:    December 13, 2006

### PETITIONING THE COURT TO ISSUE A WARRANT

The offender has not complied with the following conditions of supervision:

Nature of Noncompliance

1   ON OR ABOUT JUNE 11, 2008 IN BRONX, NY THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE; NARCOTIC DRUG WITH INTENT TO SELL IN VIOLATION OF NEW YORK STATE PENAL LAW 220.16 SUB 01 A CLASS B FELONY, IN THAT HE WAS ARRESTED BY MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT AFTER HAVING BEEN FOUND WITH A TOTAL OF SIXTY-FIVE (65) BAGS OF CRACK/COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE A VIOLATION.

2   ON OR ABOUT JUNE 11, 2008 IN BRONX, NY THE RELEASEE COMMITTED A STATE CRIME, CRIMINAL POSSESSION OF A CONTROLLED SUBSTANCE IN VIOLATION OF NEW YORK STATE PENAL LAW 220.09 SUB 03 A CLASS C FELONY, IN THAT HE WAS ARRESTED BY MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT AFTER HAVING BEEN FOUND WITH A TOTAL OF SIXTY-FIVE (65) BAGS OF CRACK/COCAINE. MANDATED CONDITION, MANDATORY REVOCATION, GRADE A VIOLATION.

Watson, Jamar                                                                34835 - Deanna M. Prisco

U.S. Probation Officer Recommendation:

    The term of supervision should be:

        Revoked

**I declare under penalty of perjury that the foregoing is true and correct. (Supporting documentation is attached)**

                                                Respectfully submitted,

                                                Chris J. Stanton
                                                Chief U.S. Probation Officer

                                                Deanna M. Prisco
                                                U.S. Probation Officer
                                                (212) 805-5164

Approved By:

*[signature]* (pwfn B) 7/10/08
Bernard Ray   Date
Supervising U.S. Probation Officer

(Rev. eVOP 12/06/07)



Watson, Jamar
Dkt # 08CRIM602

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*Judicial Response*

THE COURT ORDERS:

[X] The Issuance of a Warrant as a Detainer
[ ] The Issuance of a Summons
       The Offender is directed to appear as follows:

Date: _____

Time: _____

Place: _____

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Other

*Loretta A. Preska*
Signature of Judicial Officer

July 11, 2008
Date

(Rev eVOP 12/06/07)